AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No: CR12-41RSL |
| Phong Duong | ) |
| | ) USM No: 42114-086 |

Date of Original Judgment: 09/20/13
Date of Previous Amended Judgment: 12/23/13      Dennis Carroll
*(Use Date of Last Amended Judgment if Any)*           *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  27  months **is reduced to**  Time served  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/23/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  Feb. 2, 2015

*Judge's signature:* /s/ Robert S. Lasnik

Effective Date:  11/01/2015
*(if different from order date)*

The Honorable Robert S. Lasnik, U.S. District Judge
*Printed name and title*